FILED
2007 Jul-13 PM 03:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LISA D. SCHLARB, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | |
| ] | CV-07-BE-0315-S |
| ALATRADE FOODS, LLC, et al., ] | |
| ] | |
| Defendants. ] | |

# FINAL ORDER

This case is before the court on Defendants' Motion to Dismiss (Doc. 12) and Defendants' Motion for Rule 11 Sanctions (Doc. 16). For the reasons stated in the Memorandum Opinion entered contemporaneously in this case, it is ORDERED that Defendants' Motion to Dismiss is GRANTED, and Defendants' Motion for Rule 11 Sanctions is DENIED. This case is DISMISSED with prejudice. Costs are taxed to the parties as paid.

DONE and ORDERED this 13th day of July, 2007.

_Karon O. Bowdre_
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE